DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL DUNI** and **JUDY DUNI,**
Appellants,

v.

**THE OCEAN AT THE BLUFFS SOUTH CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D2025-1999

[July 9, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Debra Ann Moses Stephens, Judge; L.T. Case No. 502023CC000163XXXXNB.

Aldo Beltrano and Blair Hyman of Beltrano & Associates, Jupiter, for appellants.

Michael V. Andriano of Cole, Scott & Kissane, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***